# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-31333 |
| | ) | |
| VERONICA J. MARKHAM, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge Donald R. Cassling |

## NOTICE OF MOTION

TO: See attached list

On December 2, 2021, at 9:30 a.m., I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and Passcode:** The meeting ID for this hearing is **161 414 7941** and the passcode is **619**. The meeting ID and passcode can also be found on Judge Cassling's webpage on the court's website https://www.ilnb.uscourts.gov/content/judge-donald-r-cassling.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Movants: Veronica J. Markham
By: Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100 - davidsiegelbk@gmail.com

## CERTIFICATE OF SERVICE

I, Michael R. Colter, II, certify that I served a copy of this notice and the attached motion on each entity shown on the list below at the address shown and by the method indicated on the list on November 11, 2021, before 5:00 p.m.

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee
Thomas H. Hooper, Chapter 13 Trustee

*To the following persons or entities who have been served via U.S. Mail:*

Veronica J. Markham
4853 S. Forrestville
Chicago, IL 60615

Acceptance Now
5501 Headquarters Drive
Plano, TX 75024-5837

Atlas Acquisitions LLC
(MidAmerica Bank & Trust)
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

Bank of Missouri
5109 S. Broadband Ln.
Sioux Falls, SD 57109

CitiBank
701 East 60th Street, N
Sioux Falls, SD 57104-0432

City of Chicago Dept of Finance
c/o Arnold Scott Harris P.C.
111 W. Jackson Ste. 600
Chicago, IL 60604

Commonwealth Edison
Bankruptcy Department
P.O. Box 6113
Carol Stream, IL 60197-6113

Credit One
Bankruptcy Department
P.O. Box 98873
Las Vegas, NV 89193-8873

Department of Education
121 S. 13th Street
Lincoln, NE 68508-1904

Heights Finance Corp
P.O. Box 225
Anderson, IN 46017

Illinois Student
1755 Lake Cook Rd # K1
Deerfield, IL 60015

Jefferson Capital Systems LLC
P.O. Box 7999
Saint Cloud Mn 56302-9617

Nationwide Acceptance LLC
Bankruptcy Dept.
10255 W. Higgins Road, Suite 300
Rosemont, IL 60018-5620

Nissan Motor Acceptance
POB 660366
Dallas, TX 75266-0366

Portfolio Recovery Assoc., LLC
% Barclays Bank Delaware
P.O. Box 41067
Norfolk VA 23541

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

U.S. Department of Education
c/o Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-31333 |
| | ) | |
| VERONICA J. MARKHAM, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge Donald R. Cassling |

**MOTION TO MODIFY PLAN**

NOW COMES the Debtor, Veronica J. Markham, by and through her attorney, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On November 7, 2018, Veronica J. Markham (Debtor) filed for bankruptcy relief under Chapter 13 of Title 11 USC.

3) Debtor's plan was confirmed on May 29, 2019, with monthly payments of $425.00, and general unsecured creditors receiving no less than 10% of their allowed claims.

4) Debtor had a medical emergency during July, August, and September resulting in Debtor's current default in plan payments.

5) Debtor has returned to work and payroll deductions began posting again October 1, 2021.

6) Debtor seeks to modify her plan under § 1329 and defer the current default in plan payments. Deferring the default will not cause the plan to run longer than 60 months.

7) General unsecured creditors will still receive no less than 10% of allowed claims.

WHEREFORE, the Debtor, Veronica J. Markham, prays that this Honorable Court enter an Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and proper.

        Respectfully Submitted,

        /s/ Michael R. Colter, II
        Michael R. Colter, II, A.R.D.C. #6304675
        Attorney for the Debtor